IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARCOS LEYVA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 21-42 |
| | § | |
| LEWIS RESOURCE MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Lewis Resource Management, LLC files this Notice of Removal of the above captioned case to the United States District Court for the Southern District of Texas, Laredo Division pursuant to 28 U.S.C. 1441(a)(1) and 1446. In support, it respectfully shows the Court the following:

1. Plaintiff's Original Petition, styled *Marcos Leyva v. Lewis Resource Management*, Cause No. 20-09-00160-CVL, in the 218th Judicial District Court of La Salle County, Texas was filed on September 15, 2020. However, the Original Petition was officially served on Defendant on March 26, 2021. A true and correct copy of the Original Petition is attached as Exhibit A. Defendants' Answer to the Original Petition was filed on April 13, 2021. A true and correct copy of the Answer is attached hereto as Exhibit B. A true and correct copy of the State Court Docket Sheet is attached hereto as Exhibit C[1]. Defendant's Notice to State Court of Removal to Federal

---

[1] Please note that the State Court Docket Sheet is blank. According to the district clerk's office in La Salle County, only court orders are reflected on the docket sheet.

1

Court is attached hereto as Exhibit D. A listing of all counsel of record is attached hereto as Exhibit E. A demand for jury trial was made in State Court by Plaintiff.

2. This matter is a civil action over which the Court has jurisdiction pursuant to 28 U.S.C. 1331, 1441(a), and 1441(c), and which may be removed to this Court by Defendant pursuant to U.S.C. 1441(c), in that it is a civil action brought in part pursuant to the Fair Labor Standards Act.

3. Although Plaintiff's lawsuit contains a claim for workers compensation retaliation pursuant to Chapter 451 of the Texas Labor Code, which is not removable, *see* 28 U.S.C. 1445, the Judicial Code provides that the entire action may be removed, *see* 28 U.S.C. 1441(c)(1). Pursuant to 28 U.S.C. 1441(c)(2), the Court may thereafter sever the workers compensation retaliation claim and remand it to the State Court.

4. The United States District Court for the Southern District of Texas, Laredo Division includes the County of La Salle, where the state court action is now pending. Therefore, the Laredo Division of the Southern District is a proper venue for this action pursuant to 28 U.S.C. 124(d)(3) and 1441(a).

5. This notice is timely filed pursuant to 28 U.S.C. 1446 as it is being filed within 30 days of the date that the lawsuit was served on Defendant. A true and correct copy of Defendant's Notice of Removal is being contemporaneously filed with the District Clerk for the District Court of La Salle County and served on all parties.

WHEREFORE, Defendant Lewis Resource Management, LLC prays that the Court retain jurisdiction over Plaintiff's claims under the FLSA.

Respectfully submitted,

_____
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone -- 210.616.9800
Facsimile – 210.616.9898
Email – mgalo@galolaw.com
ATTORNEY FOR DEFENDANT
LEWIS RESOURCE MANAGEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this the V6 day of April, 2021, to:

Mark Anthony Sanchez
Bryan Mark Korri
Sanchez & Wilson, PLLC
6243 IH 10 West, Suite 1025
San Antonio, TX 78201
**via ELECTRONIC FILING SYSTEM**

_____
Michael V. Galo, Jr.

3