United States District Court
Southern District of Texas
**ENTERED**
September 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MARCOS LEYVA,** § § | |
| **Plaintiff,** § § | |
| VS. § | CIVIL ACTION NO. 5:21-CV-00042 |
| § § | |
| **LEWIS RESOURCE MANAGEMENT, LLC,** § § § | |
| **Defendant.** § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum & Order signed on September 21, 2023, it is hereby ORDERED that:

(1) Defendant Lewis Resource Management's opposed motion for summary judgment regarding Plaintiff's FLSA claim (Dkt. 23) is GRANTED.

(2) This case is DISMISSED with PREJUDICE.

This is a FINAL JUDGMENT.

SIGNED this September 26, 2023.

_____
Diana Saldaña
United States District Judge